John J. Talton, Chapter 13 Trustee

Check No. 813252

Pay to: CLERK Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| | | | | NOTICE TO DEPOSIT FUNDS | | | |
| 05-11088 | 005-0 | JAMES CRAIG SPEYRER | xxxxxx1901 | 0.00 | 460.85 | 0.00 | 460.85 |
| | | Original Check written to: | | | | | |
| | | CITIFINANCIAL AUTO CREDIT, INC. | | | | | |
| | | P.O. BOX 182287 | | | | | |
| | | COLUMBUS, OH  43218- | | | | | |
| 05-90362 | 102-0 | ALTON D DAVIS | x0688 | 364.98 | 75.04 | 0.00 | 75.04 |
| | | Original Check written to: | | | | | |
| | | FIRST BANK OF DELAWARE | | | | | |
| | | C/O CHECK 'N GO, LOAN SERVICER | | | | | |
| | | 5155 FINANCIAL WAY | | | | | |
| | | MASON, OH  45040 | | | | | |
| 05-90649 | 004-0 | DANIEL NORRIS CROSS | xxxxxxxxxxxxxxxxxxROSS | 0.00 | 286.57 | 0.00 | 286.57 |
| | | Original Check written to: | | | | | |
| | | GREAK & ASSOCIATES, P.C. | | | | | |
| | | 1403 TURTLE CREEK DRIVE | | | | | |
| | | LUFKIN, TX  75904 | | | | | |
| 06-10388 | 009-0 | JIMMIE M. FOWLER, SR. | xxxxx1910 | 0.00 | 1,120.66 | 44.84 | 1,165.50 |
| | | Original Check written to: | | | | | |
| | | NEWTON COUNTY | | | | | |
| | | C/O MCCREARY, VESELKA, BRAGG & ALLEN | | | | | |
| | | P.O. BOX 1269 | | | | | |
| | | ROUND ROCK, TX  78680- | | | | | |
| 06-10388 | 031-0 | JIMMIE M. FOWLER, SR. | xxxxxxxx1910 | 0.00 | 786.95 | 176.67 | 963.62 |
| | | Original Check written to: | | | | | |
| | | NEWTON CAD | | | | | |
| | | P O DRAWER X | | | | | |
| | | NEWTON, TX  75966 | | | | | |
| 07-10296 | 005-0 | BILLY DAN LANGSTON | 8115 | 0.00 | 1,694.35 | 381.24 | 2,075.59 |
| | | Original Check written to: | | | | | |
| | | WASHINGTON MUTUAL | | | | | |
| | | P O BOX 44090 | | | | | |
| | | JACKSONVILLE, FL  32231-4090 | | | | | |